# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN EDWARDS<br>*Through Father Lewis Edwards*<br>*(Power of Attorney)* | § § § § § | PLAINTIFF |
| v. | § | Civil No. 2:23-cv-116-HSO-BWR |
| ASAP EMS<br>and<br>FORREST GENERAL HOSPITAL | § § § § | DEFENDANTS |

## FINAL JUDGMENT

This matter was before the Court sua sponte for case management purposes. The Court finds that, in accord with its Order [28] to Show Cause and subsequent Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE